IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TODD ALFONZO TABB,

    Petitioner,

v.                              Civil Action No. 3:18CV299

BETH CABELL,

    Respondent.

**FINAL ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation (ECF No. 12) is accepted and adopted;
2. Respondent's Motion to Dismiss (ECF No. 5) is granted;
3. Tabb's § 2254 Petition is denied.
4. A certificate of appealability is denied.
5. The action is dismissed.

Any appeal from this decision must be taken by filing a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the right to appeal.

The Clerk of the Court is directed to send a copy of this Final Order to Tabb and counsel of record.

It is so ORDERED.

                                            /s/ REP
                                    Robert E. Payne
                                    Senior United States District Judge

Date: March 7, 2019
Richmond, Virginia

REP

[FILED MAR - 8 2019, CLERK, U.S. DISTRICT COURT, RICHMOND, VA]